IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID A. TYLER, | : | |
| | : | |
| Defendant. | : | No. 10-01239 |

## **ORDER**

AND NOW, this 27th day of September, 2010, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that Defendants' Motion to Dismiss (Doc. No. 5) is DENIED.

BY THE COURT:

/s Michael M. Baylson

Michael M. Baylson, U.S.D.J.

.